

**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.twglaw.com

**Raymond Audain**
raudain@twglaw.com

December 1, 2010

**VIA ECF**

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 605N
Brooklyn, New York 11201

        Re:    James Hill v. City of New York, et al., 10 CV 4981 (ARR) (JMA)

Dear Judge Azrack:

We represent Plaintiff James Hill in the above-referenced matter. I write with the consent of defense counsel to respectfully request an adjournment of the January 20, 2011, initial conference. There has been no prior request for an adjournment of this initial conference, and the only pending deadline is January 21, 2011, the date by which Defendants must answer or otherwise respond to the Amended Complaint.

On November 22, 2010, your Honor granted Defendants' request for a sixty day enlargement of time to answer or otherwise respond. Therefore, the January 20, 2011, initial conference would proceed without the benefit of Defendants' answer. Plaintiff respectfully submits that it would benefit the Court and the Parties to convene any initial conference subsequent to service of Defendants' answer.

Having contacted Chambers to identify a suitable alternative date, Plaintiff proposes that your Honor adjourn the initial conference to January 26, 2011, at 11:30 a.m.

Very Truly Yours,

Raymond Audain

Cc:    Qiana Smith-Williams (via First Class Mail)
        The City of New York Law Department
        100 Church Street
        New York, New York 10007