# MINUTE ENTRY                    Docket & File

JOAN M. AZRACK, USMJ              DATE: 3/22/11

DOCKET: 10-CV-4981 (ARR)          CASE: Hill v. City of New York et al.

☐ *Docket Clerks are directed to enter the following motions prior to docketing the minute entry:*

Oral motion for _____ by _____
Oral motion for _____ by _____

☐ TELEPHONE    ☒ IN-PERSON

**CIVIL CAUSE FOR:**

☐ INITIAL CONF.   ☐ STATUS CONF.   ☐ SETTLEMENT CONF.   ☒ DISCOVERY CONF.

☐ OTHER: _____

Time in court:  ☐ 15   ☐ 30   ☐ 45   ☒ 60   ☐ Other: _____

FOR PLAINTIFF:  Ken Thompson
                Raymond Audain

FOR DEFENDANT:  Qiana Smith-Williams
                Suzanna Publicker

☐ *Docket Clerks are directed to enter the following Discovery Order(s):*

1) Def to provide IAB doc. discussed at conference for in camera review - by 4/20/11
2) Def to arrange to show to counsel orig command log of Hill entry by 4/8/11
3) Pl resto brief issue re 160.50
4) Pl. may serve 15 add. interrog
5) Pl. time to amend is extended until after IAB.

☐ *Docket Clerks are directed to enter the following Scheduling Order(s):*

☐ Next conference on  5/5/11 noon    ☐ Telephone   ☒ In-Person
☐ Pre-Trial Order by _____

investigation is complete