# Exhibit A

## POLICE DEPARTMENT
## CITY OF NEW YORK

September 5th, 2010

From:     Impact Captain, 67th Precinct IRT

To:       Chief of Department

Subject:  **PRISONER INJURED DURING A 10-13 IN THE CONFINES OF THE 67TH PRECINCT**

1.  On Sunday, September 5th, 2010 at approximately 0254 hours a prisoner, Mr. James Hill (M/B/34 DOB: 09/28/75) of 855 Ocean Avenue, Apartment 5B, Brooklyn, NY was arrested during a 10-13 at 426 East 26th Street and subsequently was diagnosed with a fracture to hi jaw. The details of the incident are as follows:

2.  On Sunday, September 5th, 2010 at approximately 0245 hours Lieutenant Justin Bracco, Tax #: 918774, assigned to the 70th Precinct Jump Up Response Van discovered a house party that was out of control at 426 East 26th Street. He observed that the entire street had a row of double parked cars, that there were a number of motorcycles parked on the sidewalk, that music was blasting inordinately loud, that the backyard and driveway were overflowing with people, and that the attendees of the party were starting to spread out into the street. He informed the 67th Precinct Desk of the situation and requested a 67th Precinct Jump Up Van to respond to the location to assist him. Sergeant Christian Addison, Tax #: 924841, assigned to the 67th Precinct Sector DEF Jump Up Van responded to the scene and began to correct the out of control party. The responding officers were unable to obtain voluntary compliance with the party attendees and they affected the arrest of the initial instigator who failed to comply with a lawful order to disperse. During this initial arrest, another party attendee threw a chair into the officers striking Police Officer Jarrett Dill, Tax #: 940094 in the wrist. As this perpetrator was being apprehended by the officers, multiple calls of 10-13 was broadcasted over division and city-wide radio frequencies requesting immediate assistance. Over 120 uniformed and plain clothes officers responded to the incident location which resulted in a total seven perpetrators arrested for various offenses. It was sometime during this confrontation Mr. Hill was arrested and secured with flex cuffs by an unknown arresting officer. Mr. Hill was subsequently taken to Kings County Hospital where he was officially diagnosed with a fractured jaw late this afternoon

3.  The Undersigned responded to the initial 10-13 call and observed the mass of uncooperative persons emanating from the property of 426 East 26th Street. The Undersigned also observed over 120 officers at the scene who were engaged in various stages of crowd dispersal and/or perpetrator apprehension efforts up and down the length of the entire block of



**NYC6**

East 26th Street between Newkirk Avenue and Foster Avenue. After the scene was under control some perpetrators were taken to the 67th Precinct and some were taken to the 70th Precinct. A subsequent investigation into this incident revealed that Mr. Hill was arrested near the corner of East 26th Street and Newkirk Avenue, a good distance from the initial incident location. Mr. Hill was then put into 70th precinct Jump-Up RMP #: 2798 assigned to Police Officer Sheldon Richmond, Tax #: 937373 and Police Officer Howard Slade, Tax #: 940774 who are both assigned to the 70th Precinct and transported to the 70th Precinct stationhouse. The officers were both questioned as to who had made the arrest and why the perpetrator was arrested. They stated that they were unable to identify said officer or the reason for the arrest and they were told by the unknown officer to transport the perpetrator which they did.

4.      The preliminary investigation revealed that no detail or precinct officer was issued flex cuffs and the Undersigned did observe a few unknown officers wearing NYPD baseball caps with them hanging off their waist. However, due to the volatile nature of the incident and mass of people and officers about, the Undersigned and other officers who were questioned regarding the incident were unable to identify the exact unit these officers may have belong to. Further, the Undersigned contacted members of the Patrol Brooklyn South Task Force and members of the Emergency Services Unit in an attempt to identify said officers which yielded negative results. Mr. Hill was interviewed at the hospital in which he stated that he does not know and cannot describe the officers who arrested him as he was trying to intercede between known friends of his and unknown officers.

5.      The following logs/reports were reviewed/completed in regards to the incident:



Arrest #:     K10685398         James Hill
Sprint #:     N02724
IAB Log #:    10-44585
Command Log
Medical Treatment of Prisoner Form

6.      The following were present at the incident:

Capt Frias              Executive Officer, 67th Precinct
Capt Giovanelli         Executive Officer, 70th Precinct
Lt Bracco               Jump-Up Detail, 70th Precinct
Lt La Marche            Platoon Commander, 67th Precinct IRT
Lt Sarrubbo             ICO, 67th Precinct

| | |
|---|---|
| Lt Ortlieb | SOL, 67th Precinct |
| Sgt Addison | Jump-Up Detail, 67th Precinct |
| Sgt Smith | Jump-Up Detail, 67th Precinct |
| Sgt Lane | Community Affairs, 70th Precinct |
| Sgt Donnelly | Desk Officer, 67th Precinct |
| PO Richmond | Jump-Up Detail, 70th Precinct |
| PO Slade | Jump-Up Detail, 70th Precinct |

7. The following were notified regarding the incident:

| | |
|---|---|
| DI Pegues | CO, 67th Precinct |
| Capt Pizzano | ESU, SOD |
| PO Warfield | Wheel, PBBS |
| PO Perham | Operations, 1PP |
| Det Pascucci | Command Center, IAB |
| PO Rufrano | INRU, COP |

8. For your **INFORMATION**.

J. D. Schiff
Captain
67th Precinct

**Distribution:**
Chief of Patrol
Chief of Internal Affairs Bureau
CO, Office of Management and Planning
CO, Criminal Justice Bureau
CO, Performance Monitoring Analysis Unit
CO, Patrol Borough Brooklyn South
XO, Patrol Borough Brooklyn South
CO, 67th Precinct
CO, 70th Precinct
XO, 67th Precinct
XO, 70th Precinct
CO, Group 54, IAB
CO, PBBS Investigations
Operations, 1PP
Wheel, PBBS
File, 67th Precinct

NYC8