# Exhibit B

  

# New York City Police Department
## Omniform System - Arrests

| RECORD STATUS: VOIDED | Arrest ID: K10685398 - K |
|---|---|
| Arrest Location: NORTH EAST CORNER NEWKIRK AVENUE & EAST 26 STREET | Pct: 067 |

**Arrest Date:** 09-05-2010  **Processing Type:** VOIDED ARREST
**Time:** 03:00:00  DCJS Fax Number:
Sector: D  Special Event Code: -
  DAT Number: 0
Stop And Frisk: NO  Return Date: 0000-00-00
Serial #: 0000-000-00000

### ARREST DATA - COMPLAINT NOT REQUIRED

Jurisdiction: NYPD    **NYC School Safety Data:**   **NYC Transit Data:**
Premises: STREET    On School Property:   Station:
Location Within: PUBLIC SIDEWALK   School Type:   Line #:
Occur.Date/Time: 2010-09-05 - 03:00   School Num:   Location:
**NYC Housing Development:**   School Name:

Offense Location: NORTH EAST CORNER NEWKIRK AVENUE & EAST 26 STREET   Borough: BROOKLYN

| CHARGES: | | | | | | Arrest #: K10685398 |
|---|---|---|---|---|---|---|

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 195.05 | M | A | 1 | OBSTRUCT GOVERNMENTL ADMIN-2ND |
| #02 | No | PL 205.30 | M | A | 1 | RESISTING ARREST |
| #03 | No | PL 240.20 01 | V | 0 | 1 | DIS/CON:FIGHT/VIOLENT BEHAVIOR |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C.: | Reason Not Forfeit: |
|---|---|---|---|---|---|

**DETAILS:**  Arrest #: K10685398

ABOVE DEFT WAS ARRESTED AT AN 85 (OFFICER NEEDS ASSISTANCE) C/O E26 AND NEWKIRK AVE. DUE TO BEING UNABLE TO DETERMINE A/O, ARREST WAS VOIDED. ABOVE ARRESTING SUPERVISOR WAS ON DESK DUTY AND NEVER ON SCENE.

**DEFENDANT: JAMES, HILL J**   NYSID #:   Arrest #: K10685398

Nick/AKA/Maiden:   Height: 5FT 10IN   Order Of Protection: NO
Sex: MALE   Weight: 190   Issuing Court:
Race: BLACK   Eye Color: BLACK   Docket #:
Age: 34   Hair Color: BLACK   Expiration Date:
Date Of Birth: 09/28/1975   Hair Length: SHORT   Relation to Victim: STRANGER
U.S. Citizen: YES   Hair Style: UNKNOWN   Living together: NO
Place Of Birth: USA   Skin Tone: UNKN   Can be Identified: NO
Need Interpreter: NO   Complexion: UNKNOWN
Language:
Accent: NO   Soc.Security #:
  Occupation: UNKNOWN   Gang Affiliation: NO
Physical Condition: APPARENTLY NORMAL   Lic/Permit Type:   Name:
Drug Used: NONE   Lic/Permit No:   Identifiers:

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | 855 OCEAN AVENUE | BROOKLYN | NEW YORK | | | 070 |

**Phone # and E-Mail Address:**

N.Y.C.H.A. Resident: NO  N.Y.C. Housing Employee:  On Duty:
Development:  N.Y.C. Transit Employee:

**Physical Force:** NONE

Gun:
Weapon Used/Possessed: NONE   Make:            Recovered:
Non-Firearm Weapon:            Color:           Serial Number Defaced:
Other Weapon Description:      Caliber:         Serial Number:
                               Type:
                               Discharged: NO

Used Transit System: NO
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | DIS CON |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CLOTHING | FOOTWEAR - UNK - UNKNOWN COLOR |
| CLOTHING | OUTERWEAR - UNK - UNKNOWN COLOR |
| CLOTHING | ACCESSORIES - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

**JUVENILE DATA:**                                                 Arrest #: K10685398

Juvenile Offender:   Relative Notified:   Personal Recog:
Number Of Priors: 0   Name:
School Attending:   Phone Called:
Mother's Maiden Name:   Time Notified:

**ASSOCIATED ARRESTS:**                                            Arrest #: K10685398

ARREST ID  COMPLAINT #

**DEFENDANTS CALLS:**                                              Arrest #: K10685398

CALL #  NUMBER DIALED  NAME CALLED
1       - -            REFUSED

**INVOICES:**                                                      Arrest #: K10685398

INVOICE#  COMMAND  PROPERTY TYPE  VALUE

**ARRESTING OFFICER:** SGT VASILIY IGNATOV                         Arrest #: K10685398

| | | |
|---|---|---|
| Tax Number: 930390 | On Duty: YES | **Force Used:** NO |
| Other ID (non-NYPD): 930390 | In Uniform: YES | Type: |
| Shield: 917 | Squad: NS | Reason: |
| Department: NYPD | Chart: 05 | Officer Injured: NO |
| Command: 067 | Primary Assignment: | |

| Arresting Officer Name: SGT IGNATOV, VASILIY | Tax #: 930390 | Command: 067 | Agency: NYPD |
|---|---|---|---|

NYC2

| Supervisor Approving: SGT IGNATOV VASILI | Tax #: 930390 | Command: 067 | Agency: NYPD |
|---|---|---|---|
| Report Entered by: POM DILL, JARRETT | Tax #: 940094 | Command: 067 | Agency: NYPD |

 **END OF ARREST REPORT**
**K10685398** 

[ Print this Report ]