# MINUTE ENTRY

JOAN M. AZRACK, USMJ          DATE: 5/23/11

DOCKET: 10-CV-4981 (ARR)      CASE: Hill v. City of New York et al.

☐ *Docket Clerks are directed to enter the following motions prior to docketing the minute entry:*

Oral motion for _____ by _____
Oral motion for _____ by _____

☐ TELEPHONE          ☒ IN-PERSON

**CIVIL CAUSE FOR:**
☐ INITIAL CONF.   ☐ STATUS CONF.   ☐ SETTLEMENT CONF.   ☒ DISCOVERY CONF.
☐ OTHER: _____

Time in court: ☐ 15   ☐ 30   ☐ 45   ☐ 60   ☐ Other: _____

FOR PLAINTIFF: Ken Thompson
               Raymond Audain

FOR DEFENDANT: Qiana Smith-Williams
               Suzanna Publicker

☐ *Docket Clerks are directed to enter the following Discovery Order(s):*

- Discovery rulings made
- Dfs to provide docs by June 6
- Depos. to go forward
- Pl. to bring mot. to compel

☐ *Docket Clerks are directed to enter the following Scheduling Order(s):*

☐ Next conference on 9/26/11 1:00   ☐ Telephone   (☐ In-Person)
☐ Pre-Trial Order by _____