

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Kenneth P. Thompson**
Kthompson@thompsonwigdor.com

June 30, 2011

**VIA ECF**

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>James Hill v. City of New York, et al.</u>, 10 Civ. 4981 (ARR)(JMA)

Dear Judge Azrack:

As Your Honor is aware, we represent Plaintiff James Hill in the above-referenced matter. As Your Honor is also aware, during the May 23, 2011, discovery conference in this matter, the Court ordered Defendants to submit for *in camera* review Defendant Deputy Inspector Corey Pegues' response to Plaintiff's First Set of Interrogatories to Defendant Deputy Inspector Corey Pegues, Number 23, which requested that Defendant Pegues "[d]escribe in detail if any disciplinary action has ever been taken against [him] by the NYPD."

Plaintiff writes to respectfully request that the Court apprise Plaintiff of the status of the Court's *in camera* review of that information.

Sincerely,

*[signature]*

Kenneth P. Thompson

Cc:    Qiana Smith Williams, Esq. (via ECF)